UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04285-SVW-BFM **Date:** August 27, 2026

**Title:** *John Alexander Cediel Perez v. DHS/ICE*

==========================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| | |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings: (In Chambers) Order re: Reply**

Petitioner filed this Petition on July 30, 2026. In it, he argued that he was granted bond by an immigration judge, that his wife had paid that bond, and that he was then transferred to this District and remained detained. (ECF 1.) He claimed that he had evidence to support these allegations. Respondents filed a Return, in which they represent that Petitioner was *denied* bond, and otherwise urge the Court to deny his Petition. (ECF 7.) They attach a copy of an order issued by an Immigration Judge in California.

Petitioner's response was due on August 21, 2026, but nothing has been received. The Court sua sponte continues Petitioner's reply date to **September 10, 2026**. If Petitioner has additional argument or evidence to submit in support of his Petition, he must do so by that date. The matter will be taken under submission as of that deadline for Petitioner's response.

cc: John Alexander Cediel Perez, pro se
Counsel of record

Initials of Preparer: ch