JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JOHN ALEXANDER CEDIEL PEREZ,
Petitioner,
v.
DHS, et al.,
Respondents.

No. 5:26-cv-04285-BFM

**JUDGMENT**

On November 6, 2026, the Court issued an order granting the petition and ordered Petitioner John Alexander Cediel Perez (A# 201-769-912) immediately released on reasonable conditions. (ECF 21 at 13.) Petitioner's counsel reports that Petitioner has been released from Respondents' custody. (ECF 22.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: November 12, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE